# United States District Court

------------------------- DISTRICT OF KANSAS---------------------------

**Michael T. Cochran**

       **Plaintiff,**

v.                                          Case No: 18-1132-JWB-KGG

**City of Wichita, Kansas,
Lavonta Williams, Pete Meitzner,
James Clendenin, Jeff Blubaugh,
Bryan Frye, Janet Miller,
Jeff Longwell, Nate Schiethale,
Sgt. Brett Stull, Lisa Berg,
Dave Neinstedt,**

       **Defendants,**

## JUDGMENT IN A CIVIL CASE

☐    Jury Verdict. This action came before the Court for a jury trial. The issues have been tried and the jury has rendered its verdict.

☒    Decision by the Court. This action came before the Court. The issues have been considered and a decision has been rendered.

Defendants' motion to dismiss (Doc. 24) is GRANTED. Plaintiff's motion to deny/strike Defendants' motion to dismiss (Doc. 27) is DENIED AS MOOT.

  September 26, 2018                               TIMOTHY M. O'BRIEN
     Date                                                 CLERK OF THE DISTRICT COURT

                                                              by:  s/ Joyce Roach
                                                                     Deputy Clerk