IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS



**RECEIVED**

OCT 2 2 2018

CLERK, U.S. DIST. COURT
WICHITA, KANSAS 67202

MICHAEL T. COCHRAN,

Plaintiff,

v.

CITY OF WICHITA, et al.,

Defendants.

Case No. 18-1132-JWB



**FILED**
U.S. District Court
District of Kansas

OCT 2 2 2018

Clerk, U.S. District Court
By _____ Deputy Clerk

## NOTICE OF APPEAL

Notice is hereby given that Michael Todd Cochran, Plaintiff, pro se, in the above-named case does hereby appeal to the United States Court of Appeals for the 10th Circuit from the final judgment and order of the United States District Court For The District Of Kansas MEMORANDUM AND ORDER; Document 32; entered in this action on 09/26/18.

### INDIVIDUAL DEFENDANTS:

1. City of Wichita, City Council Person, Lavonta Williams; Council Member District 1
2. City of Wichita, City Council Pete Meitzner; Council Member District II
3. City of Wichita, City Council James Clendenin; Council Member District III
4. City of Wichita, City Council Jeff Blubaugh; Council Member District IV
5. City of Wichita, City Council Bryan Frye; Council Member District V
6. City of Wichita, City Council Janet Miller; Council Member, District VI
7. City of Wichita, City Mayor; Jeff Longwell
8. City of Wichita Police Department Hot Team Officer Nate Schiethale
9. City of Wichita Police Department Hot Team Officer Sgt. Brett Stull
10. City of Wichita Police Department Hot Team Officer Lisa Berg
11. City of Wichita Police Department Hot Team Officer Dave Neinsted

ATTORNEY OF RECORD FOR ALL DEFENDANTS; ADDRESS AND PHONE NUMBERS:

SHARON L. DICKGRAFE, Chief Deputy City Attorney City Hall - 13th Floor 455 North Main Wichita, Kansas 67202 (316) 268-4681 (316) 268-4335 (FAX)

PLAINTIFF/APPELLANT ADDRESS

NAME:  Michael Todd Cochran.
ADDRESS:  Homeless; no mailing address.
EMAIL NOTIFICATION:  cochranvrswichita@gmail.com

RESPECTFULLY SUBMITTED,

_____          __10-18-18__

Signature                                Dated

Michael Todd Cochran,

Plaintiff/Appellant, pro se

US District Court
District of Kansas
401 N. Market St
Wichita, Ks 67202

RECEIVED
OCT 22 2018
CLERK, U.S. DIST. COURT
WICHITA, KANSAS 67202

U.S. District Court
   District of Kansas
Clerk of Court
401 N. Market St
Wichita, Kansas 67202